UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

    v.

MICAIAH COLLINS

Criminal No. 24-257

CRIMINAL CASE INFORMATION SHEET

Division: Pittsburgh
County in which first offense cited occurred: Allegheny

Related to No. _____  Judge: _____

CATEGORY:
1. ◯ Narcotics and Other Controlled Substances (Defs: ◯1-2 ◯3-9 ◯10+)
2. ◯ Fraud and Property Offenses (Defs: ◯1-2 ◯3-9 ◯10+)
3. ◯ Crimes of Violence
4. ◯ Sex Offenses
5. ◯ Firearms and Explosives
6. ◯ Immigration
7. ⦿ All Others

Previous Proceedings before Magistrate Judge: _____
Case No.: _____

*PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE*

Defendant ◯ is in custody  ⦿ is not in custody
Custody is ◯ State ◯ Federal  Name of Institution: _____

Defendant ◯ is  ◯ is not serving a term of Supervised Release
Case No. _____  Judge: _____

I certify that to the best of my knowledge the above entries are true and correct.

DATE: **APR 2 2 2025**

*s/Nicole Vasquez Schmitt*
NICOLE VASQUEZ SCHMITT
Assistant U.S. Attorney
PA ID No. 320316

*s/Carolyn J. Bloch*
CAROLYN J. BLOCH
Assistant U.S. Attorney
PA ID No. 53430