IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MOHAMAD HAMAD<br>TALYA A. LUBIT<br>MICAIAH COLLINS | Criminal No. 24-257 |

MOTION TO UNSEAL SUPERSEDING INDICTMENT
AND ARREST WARRANTS

AND NOW comes the United States of America, by its attorneys, Troy Rivetti, Acting United States Attorney for the Western District of Pennsylvania, and Nicole Vasquez Schmitt, Assistant United States Attorney for said District and, pursuant to Rules 6(e)(4) and 6(e)(6) of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order unsealing the Indictment returned in this case and the Arrest Warrants issued pursuant to said indictment. In further support of this Motion, the United States avers as follows:

1. On April 22, 2025, a Superseding Indictment was returned by the grand jury charging the above-named defendants with violating Title 18, United States Code, Sections 371, 247(c), 244(d)(5), 1001(a)(2)2 and/or Title 26, United States Code, Section 5861(d) – HAMAD; Title 18, United States Code, Sections 371, 247(c), 244(d)(5) – LUBIT, and Title 18, United States Code, Section 371– COLLINS. Arrest Warrants were issued for defendants MOHAMAD HAMAD and MICAIAH COLLINS pursuant to said Superseding Indictment.

2. On April 22, 2025, this Court issued an Order sealing the aforesaid Superseding Indictment and Arrest Warrants, together with the Motion to Seal, until further Order of Court.

3.      On April 23, 2025, defendants MOHAMAD HAMAD and MICAIAH COLLINS were apprehended and taken into custody.

4.      Based upon the foregoing, the United States believes and therefore avers that it is in the interest of justice that the Superseding Indictment returned in this case and Arrest Warrants issued thereby, now be unsealed.

WHEREFORE, the United States of America respectfully requests that this Court issue an Order unsealing the Superseding Indictment returned in this case and the Arrest Warrants issued pursuant to the Superseding Indictment.

                Respectfully submitted,

                TROY RIVETTI
                Acting United States Attorney

By:    *s/Nicole Vasquez Schmitt*
       NICOLE VASQUEZ SCHMITT
       Assistant U.S. Attorney
       PA ID No. 320316