IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 24-257 |
| MOHAMAD HAMAD<br>TALYA A. LUBIT<br>MICAIAH COLLINS | |

## O R D E R

**AND NOW**, to wit, this 23rd day of April, 2025, upon consideration of the Motion to Unseal Superseding Indictment and Arrest Warrants, heretofore filed by the United States of America, it is hereby **ORDERED** that said Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Superseding Indictment returned in this case and the Arrest Warrants issued pursuant to said Superseding Indictment are hereby **UNSEALED**.

s/Kezia O. L. Taylor
UNITED STATES MAGISTRATE JUDGE

cc:   United States Attorney