IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,                                    24cr257

v.

MICAIAH COLLINS,                                             ELECTRONICALLY FILED

Defendant.

**MOTION FOR WINDOW**

AND NOW COMES, the Defendant, Micaiah Collins by and through her counsel, Patrick K. Nightingale, Esquire, who brings the within Motion and in support thereof, avers as follows:

1. Defendant incorporates all prior pleadings in this matter.

2. Defendant is currently on bond subject to certain conditions set forth at CM/ECF 105 including Home Detention.

3. Defendant requests a window on March 22, 2026, to attend a Sojourner's House fundraiser at the Wyndam Grand Pittsburgh where a close family friend is being honored.[1]  The program is from 2:00 pm – 4:00 pm.  So as to not inadvertently violate the terms and conditions of her release Defendant seeks a window from 1:00 pm – 5:00 pm to allow for adequate travel time to and from her residence.

4. Probation Officer Ben Orrison takes no position and defers to the Government.

5. Ms. Vasquez-Schmidt takes no position and defers to this Honorable Court.

---

[1] https://www.sojournerhousepa.org

WHEREFORE, the Defendant, Micaiah Collins, respectfully requests that this Honorable Court grant the within Motion for Window.

Respectfully Submitted,

/s/ *Patrick K. Nightingale*

Patrick K. Nightingale, Esq.
Attorney I.D. # 76015
Attorney for Defendant
304 Ross Street, Suite 400
Pittsburgh, PA  15219
412.454.5582
412.454.5583 (fax)
pknlaw@mac.com